**First Ammended Complaint.**
**7-29-2022**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene _____ DIVISION

<u>Christopher P. Lindbo</u>
*(Enter full name of plaintiff)*
Plaintiff,

Civil Case No. <u>6:22-cv-898-MK</u>
(to be assigned by Clerk's Office)

v.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

<u>City of Reedsport, and</u>
<u>Brent Snyder, in his</u>
<u>individual capacity</u>
*(Enter full name of ALL defendant(s))*

Jury Trial Demanded
☒ Yes   ☐ No

**First Ammended Complaint**

Defendant(s).

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**
Name: <u>Christopher Paul Lindbo</u>
Street Address: <u>1413 Hawthorne Ave Spc #3</u>
City, State & Zip Code: <u>Reedsport Or, 97467</u>
Telephone No.: <u>907-315-5517</u>

Complaint for Violation of Civil Rights (Prisoner Complaint)      1
[Rev. 01/2018]

**Defendant No. 1**   Name: City of Reedsport
Street Address: 146 N 4th St
City, State & Zip Code: Reedsport Or 97467
Telephone No.: 541-271-2100

**Defendant No. 2**   Name: Brent Snyder
Street Address: 146 N 4th St
City, State & Zip Code: Reedsport Or 97467
Telephone No.: 541-271-2100

**Defendant No. 3**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Unlawful Seizure 4th amendment to the U.S. Constitution; 42 USC 1983, Due process violation 14th amendment to the U.S. Constitution; 42 USC 1983 against defendant City of Reedsport

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

on 03/21/2021, plaintiff was pulled over for expired temporary tags on or near (reedsport 76 gas station) address 1070 US 101 Reedsport oregon 97467. In Douglas County Oregon. Defendant Snyder comes to the vehicle ( request identification from Plaintiff, when Plaintiff explain's he forgot it Defendant Snyder pull's open plaintiff's door. - continued

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Plaintiff then, scared and traumatized rip's out taser prongs.

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

The events giving rise to this complaint occurred in the Eugene Division of the District of Oregon. At all times material to this complaint, Reedsport City Police (hereafter, 'defendant RPD') is a government organization operating in the District of Oregon, and Defendant Brent Snyder (hereafter, 'Defendant Snyder') is an employee of Defendant RPD, working as a Police officer. This court has original jurisdiction of the federal claims contained in this Complaint pursuant to 28 USC 1331 and supplemental jurisdiction of the state law claim pursuant to 28 USC 1367

Claim 1 continued

Plaintiff in shock jumps to passenger seat. When plaintiff gets out of vehicle Defendant Snyder deployed his taser, striking Plaintiff in the chest. At no time was Plaintiff

and Defendant Snyder deploys his taser again, Rendering Plaintiff unconcious and with multiple facial fractures. At no time was Plaintiff resisting arrest. At no time was Plaintiff under arrest.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occured, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Plaintiff was then taken to hospital (Lower Umpqua Hospital) located at 600 Ranch Road in Reedsport Oregon 97467 where Plaintiff was unconcious for many hours and was treated for two fractures to Plaintiff's eye socket and two facial fractures as well.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

supplemental jurisdiction of the state law claim pursuant to 28 USC 1367.

## Claim 1 continued

Plaintiff in shock jumps to passenger seat. When plaintiff gets out of vehicle Defendant Snyder deployed his taser, striking Plaintiff in the chest. At no time was Plaintiff under arrest.

## Claim 4

Plaintiff and his family have endured a number of retallitory harrasment events by Defendant Snyder

revolving around the topic of plaintiff verbally expressing his right to persue civil action against Defendants RPD and Defendant Snyder.

~~xxxxx~~

Upon information and belief, Defendant RPD has a policy, practice, or custom of allowing officers to use excessive force and deploy their tasers without cause. In the alternative, Defendant RPD has failed to properly train their officers relating to proper use of force. This policy and/or this failure to train is a direct cause of plaintiff's damages.

Upon information and belief, Defendant RPD has a policy, practice, or custom of failing to take proper training in traffic stops. In the alternative, Defendants RPD has

relating to proper use of force. This policy and/or this failure to train is a direct cause of plaintiff's damages.

Upon information and belief, Defendant RPD has a policy, practice, or custom of failing to take proper training in traffic stops. In the alternative, Defendants RPD has failed to properly train their officers relating to constitutionally valid vehicle stops. This policy and/or failure to train is a direct cause of Plaintiff's damages.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

State <u>briefly</u> exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

<u>unlawful seizure 4th amendment to the U.S. constitution; 42 USC 1983 - against all Defendants) Defendants' seizure of Plaintiff in the form of tasing him before his arrest was an excessive use of force, in violation of Plaintiff's constitutional rights under the 4th amendment. Defendants' actions have caused Plaintiff non-economic damages due to pain, suffering, humiliation and inconvenience</u>

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of July, 2022

C. P. Lindbo
(Signature of Plaintiff)

In the amount of $200,000. Plaintiff also seeks $600,000 in punitive damages

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

5

## Claims for relief

### First Claim for relief
unlawful seizure 4th Amendment to U.S. Constitution; 42 USC 1983 - against all defendants

Defendants seizure of Plaintiff in the form of tasing him while he was never under arrest twice was an unnecesary excessive use of force, in violation of Plaintiffs constitutional rights under the 4th amendment. Defendants actions have caused Plaintiff non-economic damages due to pain, suffering, humiliation, and inconvenience in the amount of 400,000. Plaintiff also seeks 600,000 in Punitive damages.

### Second claim for relief - Battery against defendant Snyder
Defendant Snyder tasing of Plaintiff constitutes battery under Oregon Civil law. Defendant Snyder's actions have caused Plaintiff non-economic damages due to pain, suffering, humiliation, and inconvenience in the

damages.

Second claim for relief - Battery against defendant snyder
Defendant Snyder tasing of Plaintiff constitutes battery under Oregon Civil law. Defendant Snyder's actions have caused Plaintiff non-economic damages due to pain, suffering, humiliation, and inconvenience in the amount of 200,000

Third claim for relief
Unlawful entry 4th amendment to the US Constitution 42 USC 1983 against all defendants. Defendants entry into Plaintiff's vehicle was warrantless unreasonable and a violation of

Plaintiffs Constitutional rights under the 4th amendment. Defendants actions have caused Plaintiff non economic damages in the amount of 300,000 and Plaintiff also seeks 600,000 in punitive damages.

fourth claim for relief
Due process violation: 14th amendment to the US constitution 42 USC 1983 against Defendant RPD

Defendants RPD's failure to provide continued medical care to Plaintiff violates his due process rights under the 14th amendment. Defendant RPD's actions have caused Plaintiff non-economic damages due to pain, suffering, humiliation and inconvenience in the amount of 200,000 Plaintiff also seeks 600,000 in punitive damages.

Defendant BPD's actions have caused Plaintiff non-economic damages due to pain, suffering, humiliation and inconvenience in the amount of 200,000. Plaintiff also seeks 600,000 in punitive damages.

Prayer for relief

Wherefore Plaintiff requests the following relief.

- A money award judgement entered against defendants for 1.8 million representing the following

400,000 in non-economic damages for Plaintiffs 1st and 3rd claims for relief.

600,000 for Plaintiffs 1st and 4th claim for relief

200,000 and 600,000 in non economic and punitive damages for 2nd and 4th claim for relief.