**David C. Lewis**, OSB No. 953348
E-mail: dlewis@cisoregon.org
**Lauren E. Nweze**, OSB No. 145218
E-mail: lnweze@cisoregon.org
**William E. Stabler**, OSB No. 124624
E-mail: wstabler@cisoregon.org
**KRAEMER & LEWIS**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503)763-3800
Facsimile: (503) 763-3901

Of Attorneys for Defendant City of Reedsport & Brent Snyder

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER P. LINDBO,** | No. 6-22-cv-00898-MK |
| Plaintiff, | |
| v. | **DECLARATION OF DEANNA SCHAFER IN SUPPORT OF DEFENDANTS CITY OF REEDSPORT AND BRENT SNYDER'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6) and (5))** |
| **CITY OF REEDSPORT** and **BRENT SNYDER**, in his individual capacity, | |
| Defendants. | |

I, Deanna Schafer, hereby declare as follows:

1.     I am the City Manager for the City of Reedsport and makes this Declaration upon my own personal knowledge and in support of Defendants' Motion to Dismiss.

2.     On October 19, 2022, the City of Reedsport and Brent Snyder each received a copy of the Summons and Complaint in the above entitled matter from plaintiff by certified mail. The City did not receive any other personal or follow-up service.

Page 1 -   **DECLARATION OF DEANNA SCHAFER IN SUPPORT OF DEFENDANTS CITY OF REEDSPORT AND BRENT SNYDER'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6) and (5))**

KRAEMER & LEWIS
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this  8th  day of November 2022.

By: _____
Deanna Schafer, City Manager

**DECLARATION OF DEANNA SCHAFER IN SUPPORT OF DEFENDANTS CITY OF REEDSPORT AND BRENT SNYDER'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6) and (5))**

**KRAEMER & LEWIS**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the  9th day of November 2022 I served the foregoing

**DECLARATION OF DEANNA SCHAFER IN SUPPORT OF DEFENDANTS CITY OF**

**REEDSPORT AND BRENT SNYDER'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6)**

**and (5))**, on the following party at the following address:

        Christopher P. Lindbo
        1413 Hawthorne Avenue, Spc. #3
        Reedsport, OR  97467

by mailing to him a true and correct copy thereof, certified by me as such, placed in a sealed

envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at

Portland, Oregon on said day with postage prepaid.


                    s/ Lauren E. Nweze
                    Lauren E. Nweze, OSB No. 145218
                    Of Attorneys for Defendants City of Reedsport
                    and Brent Snyder

**KRAEMER & LEWIS**
Not a Partnership
**Employees of CIS (Citycounty Insurance Services)**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901