**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **CHRISTOPHER P. LINDBO** <br>   Plaintiff, <br><br> v. <br><br> **CITY OF REEDSPORT, et al.** <br>   Defendant. | Case No.: 6:22−cv−00898−MK <br><br> MOTION TO DISMISS ADVICE NOTICE |

### NOTICE

   The defendants have made a motion to dismiss (Motion to Dismiss for Failure to State a Claim [11]) by which they seek to have your case dismissed. A motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure will, if granted, end your case.

   When a party you are suing makes a motion to dismiss, and that motion is properly supported by declarations (or other sworn testimony) and/or documents, you cannot simply rely on what your complaint says. Instead, you must set out specific facts in depositions, documents, electronically stored information, affidavits or declarations, or other materials that contradict the facts shown in the defendants' declarations and documents. If you do not submit your own evidence in opposition, the motion to dismiss will be granted, your case will be dismissed, and there will be no trial.

**DATED** this 10th day of November, 2022        /s/Mustafa T. Kasubhai

                                                                             Honorable Mustafa T. Kasubhai
                                                                             United States Magistrate Judge.